PATRICK R. LEVERTY (NV Bar # 8840)
LEVERTY & ASSOCIATES LAW CHTD
832 Willow St.
Reno, Nevada 89502
Telephone: (775) 322-6636
Facsimile: (775) 322-3953

ROBBINS UMEDA LLP
FELIPE J. ARROYO (admitted *pro hac vice*)
SHANE P. SANDERS (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, California 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ZAREMBA, Derivatively on Behalf of LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br> vs. <br><br> SHELDON G. ADELSON, MICHAEL A. LEVEN, IRWIN A. SIEGEL, JEFFREY H. SCHWARTZ, JASON N. ADER, CHARLES D. FORMAN, IRWIN CHAFETZ, GEORGE P. KOO, and WING T. CHAO, <br><br> Defendants, <br><br> and <br><br> LAS VEGAS SANDS CORP., a Nevada corporation, <br><br> Nominal Defendant. | Case No. 2:11-cv-00636-RLH-GWF <br><br> ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE REPRESENTATIVE PLAINTIFF <br><br> Judge: Honorable Roger L. Hunt <br><br> Date Action Filed: April 22, 2011 |

1       The Court, having considered the Unopposed Motion to Substitute Representative Plaintiff ("Motion"), and all papers submitted thereon and good cause appearing, HEREBY ORDERS:

      1.     The Motion is GRANTED.

      2.     Stephen Hardy is hereby substituted as the representative plaintiff in this derivative action in place of John Zaremba.

IT IS SO ORDERED.

DATED: __July 7__, 2011

_____
HONORABLE ROGER L. HUNT
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO
SUBSTITUTE REPRESENTATIVE PLAINTIFF