# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN HARDY, | Case No. 2:11-cv-00636-RLH-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| SHELDON GARY ADELSON, *et al.*, | Motion for Extension (#31) |
| Defendants. | |

This matter is before the Court on Defendant Michael Leven's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#31), filed August 1, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause. Defendant requests that the Court extend the time for them to file a response to Plaintiff's shareholder derivative complaint so that the Court might first rule on the pending motion to consolidate cases (#19). Plaintiff does not oppose the extension. Therefore, the Court finds Defendant has shown good cause. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Michael Leven's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#31) is **granted**. Defendant shall have **40 days** from the date the Court issues a decision on the pending motion to consolidate cases (#19) to file a response to Plaintiff's shareholder derivative complaint.

DATED this 3rd day of August, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**