# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN HARDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHELDON GARY ADELSON, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:11-cv-00636-RLH-GWF <br><br> **ORDER** <br><br> Motion for Enlargement of Time <br> to Respond to Complaint (#41) |

This matter is before the Court on Defendant Las Vegas Sands Corp.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#41), filed on August 15, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause. Defendant Las Vegas Sands requests that the Court extend the time to file a response to Plaintiff's shareholder derivative complaint for all served and unserved Defendants so that the Court might first rule on the pending motion to consolidate cases (#19). Defendant represents that Plaintiff does not oppose this enlargement of time. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Las Vegas Sands Corp.'s Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Verified Shareholder Derivative Complaint (#41) is **granted**. All served and unserved Defendants shall have **forty** (**40**) **days** from the date the Court issues a decision on the pending motion to consolidate cases (#19) to file a response to Plaintiff's shareholder derivative complaint.

DATED this 16th day of August, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**