# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHEN HARPY,

        Plaintiff,

vs.

SHELDON GARY ADELSON, *et al.*,

        Defendants.

Case No. 2:11-cv-00636-RLH-GWF

**ORDER**

Motion to Extend Time to Serve Defendants (#52)

      This matter is before the Court on Plaintiff Stephen Hardy's Motion to Extend Time to Serve Defendants (#52), filed on August 19, 2011.

      Pursuant to Fed. R. Civ. P. 4(m), extensions of time may be granted for good cause. Plaintiff Stephen Hardy requests additional time to serve Defendants Schwartz, Adelson, Ader, Siegel, and Chao. Plaintiff has attempted service on each unserved defendant several times, but has been unsuccessful. The Court finds Plaintiff has established good cause for an extension of time. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff Stephen Hardy's Motion to Extend Time to Serve Defendants Schwartz, Adelson, Ader, Siegel, and Chao (#52) is **granted**. Plaintiff shall have **sixty (60)** days from the date of this order to perfect service on the unserved Defendants.

      DATED this 22nd day of August, 2011.

*George Foley Jr.*
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**