LEVERTY & ASSOCIATES LAW CHTD
PATRICK R. LEVERTY
832 Willow Street
Reno, NV 89502
Telephone: 775-322-6636
Facsimile:  775-322-3953

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA  92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN HARDY,<br>   Plaintiff,<br><br> vs.<br><br>SHELDON G. ADELSON, MICHAEL A. LEVEN, IRWIN A. SIEGEL, JEFFREY H. SCHWARTZ, JASON N. ADER, CHARLES D. FORMAN, IRWIN CHAFETZ, GEORGE P. KOO, and WING T. CHAO,<br><br>   Defendants.<br><br> and<br><br>LAS VEGAS SANDS CORP., a Nevada corporation,<br><br>   Nominal Defendant.<br>_____/ | Case No: 2:11-cv-00636-GMN-RJJ |

**[PROPOSED] ORDER FOR EXTENSION OF TIME AND PUBLICATION OF SUMMONS**

 Upon reading plaintiff Stephen Hardy's ("Plaintiff") Motion for Extension of Time to Properly Effectuate Service and for Leave to Effectuate Service by Publication duly filed herein, it appears to the satisfaction of this Court and the Court finds that:

---

ORDER FOR EXTENSION OF TIME AND PUBLICATION OF SUMMONS

1

1. Defendants Sheldon G. Adelson ("Adelson"), individually, Jeffery H. Schwartz ("Schwartz"), individually, ("Adelson"), individually, and Wing T. Chao ("Chao"), individually, have not been provided with service of process despite due diligence on behalf of the Plaintiff;

2. Summons herein cannot be served upon defendant Adelson and Schwartz in person within the State of Nevada;

3. Summons herein cannot be served upon defendant Chao in person within the State of California;

4. It appears from Said Affidavits of Due Diligence and from the Motion for Extension of Time to Properly Effectuate Service and for Leave to Effectuate Service by Publication that Plaintiff has established good cause for an extension of time;

5. It appears from said Affidavits of Due Diligence and from the Complaint filed herein, for good cause this Court finds that a cause of action exists in favor of Plaintiff against defendants Adelson, Schwartz, and Chao;

6. Defendants Schwartz, Adelson, and Chao are necessary and proper parties herein;

7. The last known residence addresses of defendant Adelson are 901 Trophy Hills Dr., Las Vegas, NV 89134; and 8908 Players Club Drive, Las Vegas, NV 89134;

8. The last known business address for Defendant Adelson is Las Vegas Sands Corporation's ("LVSC") Principal Executive Office, 3355 Las Vegas Blvd. South, Las Vegas, NV 89119.

9. The last known residence addresses of defendant Schwartz are 2747 Paradise Road, #1202, Las Vegas, NV 89109; and 2877 Paradise Road, Unit 305, Las Vegas, NV 89109;

10. The last known business address of Defendant Schwartz is LVSC Principal Executive Office, 3355 Las Vegas Blvd., S., Las Vegas, NV 89119;

11. The last known residence addresses of defendant Chao are 13600 Marina Pointe Drive, #811, Marian Del Rey, CA, 90292; and 15 Sea Colony Drive, Santa Monica, CA, 90405.

12. It further appears that the Las Vegas Review is a newspaper published in the City of Las Vegas, County of Clark, State of Nevada, and is the newspaper likely to give notice to defendants Schwartz and Adelson of the pendency of the suit.

14. It further appears that the Santa Monica Daily Press is a newspaper published in the City

of Santa Monica, County of Los Angeles, State of California, and is the newspaper likely to give notice to defendant Chao of the pendency of the suit.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall have an additional forty (40) days, on top of the sixty (60) additional days already given in the August 22, 2011 Order (Doc #53), in which to properly perfect service by publication and US Mail upon unserved defendants pursuant to the time requirements set forth in NRCP (4)(e)(1)(iii).

IT IS FURTHER ORDERED that Summons in this suit be served on defendants Adelson and Schwartz, by publication thereof in the above-named newspaper; and that said publication be made for a period of four (4) weeks and at least once a week during said time;

IT IS FURTHER ORDERED that Summons in this suit be served upon defendant Chao, by publication thereof in the above-named newspaper; and that said publication be made for a period of four (4) weeks and at least once a week during said time;

IT IS FURTHER ORDERED that a copy of the Summons and a copy of the Complaint be deposited in the United States Post Office at Reno, Nevada, enclosed in an envelope upon which the postage is fully prepaid, addressed to defendants Sheldon G. Adelson, Jeffrey H. Schwartz, and Wing T. Chao at the following addresses:

>Jeffrey H. Swartz
>2747 Paradise Road, # 1202
>Las Vegas, NV 89109

>Jeffrey H. Schwartz
>2877 Paradise Road, Unit 305
>Las Vegas, NV 89109

>Jeffrey H. Schwartz
>Las Vegas Sands Corporation
>Principal Executive Office
>3355 Las Vegas Blvd. South
>Las Vegas, NV 89119

>Sheldon G. Adelson
>901 Trophy Hills Dr.
>Las Vegas, NV 89134

>Sheldon G. Adelson
>8908 Players Club Drive
>Las Vegas, NV 89134

>Sheldon G. Adelson
>Las Vegas Sands Corporation
>Principal Executive Office
>3355 Las Vegas Blvd. South
>Las Vegas, NV 89119

ORDER FOR EXTENSION OF TIME AND PUBLICATION OF SUMMONS

3

```
                Wing T. Chao
                13600 Marina Pointe Drive, #811
                Marina Del Rey, CA 90292

                Wing T. Chao
                15 Sea Colony Drive
                Santa Monica, CA 90405
```

IT IS FURTHER ORDERED that due service of a copy of the Summons and a copy of the Complaint on defendants Adelson, Schwartz, and Chao in person shall be equivalent to complete service by publication and deposit in the United States Post Office, and that such process may be served upon defendants Adelson, Schwartz, and Chao as prescribed by statute.

DATED this 5f day of P qxgo dgt, 2011.

_____
WU0O CI KVTCVG JUDGE

Submitted by:

/s/Patrick R. Leverty
Patrick R. Leverty, Esq.
Nevada State Bar #8840
Leverty & Associates Law, Chtd.
832 Willow St.
Reno, NV 89502
(775) 322-6636

Attorneys for Plaintiff

---

ORDER FOR EXTENSION OF TIME AND PUBLICATION OF SUMMONS
4